UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:					Case Number: 13-32571 GMB

Debtor: Nicole M. Smith

| Check Number | Creditor | Amount |
|---|---|---|
| 1857972 | Nationstar Mortgage, Inc. | 3008.51 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014